DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CONNIE MARIE PEREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2156

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson,
Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.